# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KERRY D. GARZEE,**

      **Plaintiff,**

**v.**                                                  **Case No: 6:11-cv-1546-Orl-22KRS**

**CORO IMPORT EXPORT, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on the Parties' Joint Motion for Approval of Settlement (Doc. No. 23) filed on July 9, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 25), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 23, 2012 (Doc. No. 24), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Parties' Joint Motion for Approval of Settlement is hereby GRANTED in part. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3. Plaintiff's counsel is prohibited from withholding any portion of the $6,000.00 payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise. Plaintiff's counsel shall provide a copy of this Order to Plaintiff.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. This case is DISMISSED WITH PREJUDICE.

6. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2012.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record